**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 5, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00012-CV**

---

**IN RE PANYA LERDTHAISONG & SG CATTLE SERVICES CO., LTD., Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-70875**

---

## MEMORANDUM OPINION

On January 10, 2022, relators Panya Lerdthaisong & SG Cattle Services Co., Ltd. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable R. K. Sandill, presiding judge of the 127th District Court of Harris County, to vacate his orders of August 9, 2021 and November 10, 2021,

granting Benjamin Cunningham's motion for sanctions and denying relators' motion to reconsider and defer sanctions.

We deny relators' petition without prejudice to refiling because relators' petition and appendix do not show that relators have complied with the requirements of the following Texas Rules of Appellate Procedure: (1) Rule 52.7(a) (relator must file with the petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"); (2) Rule 52.7(b) (relator must file with the petition "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained"); and (3) Rule 52.3(k) (the appendix must contain a certified or sworn copy of any order complained of).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.